# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT MORRIS,                              )
      Plaintiff,          )     Case No.  2:14-cv-01998-GMN-CWH
                                            )
vs.                                         )     **ORDER**
                                            )
AMERICAN RELIABLE INS. CO., d/b/a          )
   Assurant, *et al.*,                )
                                            )
     Defendants.          )
_____)

   This matter is before the Court on Plaintiff's Motion to Compel Discovery (doc. # 34), filed April 29, 2015.  The motion is unopposed.

   "The failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."  See Local Rule ("LR") 7-2(d).  Plaintiff's motion will be granted due to the non-opposition.  Full discovery responses shall be served within fourteen (14) days of entry of this order.  The responses shall be served without objections, which the Court finds have been waived.  See Fed. R. Civ. P. 33(b)(4).  The Court declines at this time to preclude the use of any responsive materials at trial.  Pursuant to Rule 37(a)(5)(A), Plaintiff's counsel shall submit an affidavit of fees and costs within fourteen (14) days of this order.  Opposing parties shall have ten (10) days from the date of filing to serve a response.

   Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery (doc. # 34) is **granted** as stated herein.

   DATED: June 1, 2015

              _____
              **C.W. Hoffman, Jr.**
              **United States Magistrate Judge**