MORRIS LAW GROUP
Rosa Solis-Rainey, Bar No. 7921
Email:  rsr@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Defendant
American Reliable Insurance Company
d/b/a Assurant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MORRIS,<br><br>      Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, a Delaware Limited Liability Company; AMERICAN RELIABLE INSURANCE COMPANY d/b/a ASSURANT,<br><br>      Defendants. | Case No: 2:14-cv-01998-GMN-CWH<br><br>**STIPULATED DISMISSAL** |

  Plaintiff Robert Morris and Defendant American Reliable Insurance Company ("ARIC"), hereby stipulate to the dismissal of all claims

against ARIC, with prejudice, each party to bear its own costs and attorneys' fees.

| PICKARD PARRY PFAU | MORRIS LAW GROUP |
|---|---|
| By: /s/ Zachariah B. Parry<br>    Zachariah B. Parry, No. 11677<br>    10120 South Eastern Avenue<br>    Suite 140<br>    Henderson, Nevada 89052<br><br>Attorney for Plaintiff<br>Robert Morris | By: /s/Rosa Solis-Rainey<br>    Rosa Solis-Rainey, No. 7921<br>    Raleigh C. Thompson, No. 11296<br>    900 Bank of America Plaza<br>    300 South Fourth Street<br>    Las Vegas, Nevada  89101<br><br>Attorneys for Defendant<br>American Reliable Insurance<br>Company d/b/a Assurant |

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED this 31st day of August, 2015.

2