Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
PICKARD PARRY PFAU
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
zach@pickardparry.com

Attorneys for Plaintiff,
*Robert Morris*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Robert Morris**, <br><br>        Plaintiff, <br>  vs. <br><br> **Ditech Financial LLC fka Green Tree Servicing, LLC**, a Delaware limited liability company <br><br>        Defendant. | Case No.: 2:14-cv-01998-GMN-CWH <br><br> **Stipulation and Order for Continuance of Response Deadline for Ditech's Motion for Summary Judgment** |

Plaintiff, Robert Morris ("Mr. Morris"). and Defendant, Ditech Financial, LLC, fka Green Tree Servicing, LLC ("Ditech"), through their attorneys of record, hereby stipulate and agree to an extension for Mr. Morris to respond to Ditech's Motion for Summary Judgment (#61).

Ditech filed its Motion for Summary Judgment (#61) on June 24, 2016, and the Court appointed a response date of July 18, 2016. The parties are engaged in settlement discussions and are hopeful that a resolution will be reached in the next week.

The parties have agreed and hereby request the Court's approval of a new response deadline of July 25, 2016.

This extension is not for the purpose of delay and will not affect any other

deadlines in this case.

DATED this 18th day of July 2016.   PICKARD PARRY PFAU

_____
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
Attorneys for Plaintiff,
*Robert Morris*

DATED this 18th day of July 2016.   BROOKS HUBLEY, LLP

 */s/ Ramir M. Hernandez*
_____
Greg A. Hubley, Esq.
Nevada Bar No.: 7386
Ramir M. Hernandez, Esq.
Nevada Bar No.: 13146
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702 851 1191 TEL
702 851 1198 FAX
Attorneys for Defendant,
*Ditech LLC, fka Green Tree Servicing, LLC*

**ORDER**

**IT IS SO ORDERED:**

DATED: July 18, 2016

_____
UNITED STATES DISTRICT JUDGE

– 2 –

STIPULATION AND ORDER FOR CONTINUANCE