Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
PICKARD PARRY PFAU
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
zach@pickardparry.com

Attorneys for Plaintiff,
*Robert Morris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| **Robert Morris**, | Case No.: 2:14-cv-01998-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | |
| **Ditech Financial LLC fka Green Tree Servicing, LLC**, a Delaware limited liability company | **Stipulation and Order for Continuance of Response Deadline for Ditech's Motion for Summary Judgment (Third Request)** |
| Defendant. | |

Plaintiff, Robert Morris ("Mr. Morris"). and Defendant, Ditech Financial, LLC, fka Green Tree Servicing, LLC ("Ditech"), through their attorneys of record, hereby stipulate and agree to an extension for Mr. Morris to respond to Ditech's Motion for Summary Judgment (#61).

Ditech filed its Motion for Summary Judgment (#61) on June 24, 2016, and the Court appointed a response date of July 18, 2016. The Court then granted the parties stipulation to extend the response date to July 25, 2016 (#68). The Court granted a second stipulation to extend the response date to August 8, 2016 (#71).

The parties have reached a tentative but substantive settlement and are still negotiating the precise language of the settlement agreement. They have diligently been negotiating and have made substantial progress and request that responsive

deadline for the Motion for Summary Judgment be set for August 15, 2016, during which time the parties anticipate filing a stipulation and order to dismiss the case and withdraw the motion for summary judgment. The parties do not anticipate any further requests for extensions to response to the Motion for Summary Judgment.

This extension is not for the purpose of delay and will not affect any other deadlines in this case.

DATED this 8th day of August 2016.     PICKARD PARRY PFAU

_____
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
Attorneys for Plaintiff,
*Robert Morris*

DATED this 8th day of August 2016.     BROOKS HUBLEY, LLP

 /s/ Ramir M. Hernandez
_____
Greg A. Hubley, Esq.
Nevada Bar No.: 7386
Ramir M. Hernandez, Esq.
Nevada Bar No.: 13146
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702 851 1191 TEL
702 851 1198 FAX
Attorneys for Defendant,
*Ditech LLC, fka Green Tree Servicing, LLC*

**ORDER**

**IT IS SO ORDERED:**

DATED: August 12, 2016

_____
UNITED STATES JUDGE