

Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
PICKARD PARRY PFAU
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
zach@pickardparry.com

Attorneys for Plaintiff,
*Robert Morris*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Robert Morris**,<br><br>    Plaintiff,<br><br>vs.<br><br>**Ditech Financial LLC fka Green Tree Servicing, LLC**, a Delaware limited liability company<br><br>    Defendant. | Case No.: 2:14-cv-01998-GMN-CWH<br><br>**Robert Morris' and Defendant Ditech Financial LLC fka Green Tree Servicing, LLC's Joint Motion to Dismiss the Complaint With Prejudice and to Release State Court Security Deposits** |

Plaintiff Robert Morris by and through his counsel of record, Zachariah B. Parry, Esq., of the law office of PICKARD PARRY PFAU and Defendant Ditech Financial LLC fka Green Tree Servicing, LLC ("Ditech"), by and through its counsel of record, Gregg A. Hubley, Esq., and Ramir M. Hernandez, Esq., of the law office of BROOKS HUBLEY, LLP do hereby submit their Joint Motion to Dismiss Plaintiff's Complaint with Prejudice, each party to bear their own attorney's fees and costs.

Additionally, in compliance with a preliminary injunction issued in the Eighth Judicial District Court on October 10, 2013, Mr. Morris deposited security with the court of $3,500. In further compliance with the court order, Mr. Morris made regular monthly deposits with the court of $900 beginning November 1, 2013 through the December 2, 2014 notice of removal.

The Parties hereby stipulate and agree that these funds should be released in their entirety to Robert Morris.

DATED this 31st day of August 2016.   PICKARD PARRY PFAU

/s/ Zachariah B. Parry
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX

DATED this 31st day of August 2016.   BROOKS HUBLEY, LLP

/s/ Ramir M. Hernandez
Gregg A. Hubley, Esq.
Nevada Bar No.: 7386
Ramir M. Hernandez, Esq.
Nevada Bar No.: 13146
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89i134
702 851 1191 TEL
702 851 1198 FAX

**ORDER**

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Joint Motion, (ECF No. 74).

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1450 the state court shall **RELEASE** Plaintiff's funds to him.

The Clerk of Court is instructed to close the case.

DATED this __8__ day of __September__ 2016.

_____
FEDERAL COURT JUDGE